```
                              FILED
                    CLERK, U.S. DISTRICT COURT

                      September 29, 2014

                   CENTRAL DISTRICT OF CALIFORNIA
                   BY:      TS       DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSE ANTONIO GOMEZ,<br><br>    Petitioner,<br><br>    v.<br><br>MARTIN BITER,<br><br>    Respondent. | No. CV 12-09681-FMO (DFM)<br><br>Order Accepting Findings and Recommendation of United States Magistrate Judge |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///
///

1  IT IS THEREFORE ORDERED that Judgment be entered dismissing
2  this action with prejudice.

4  Dated: September 29, 2014

_____/s/_____
FERNANDO M. OLGUIN
United States District Judge