JS-6/ENTER

ENTERED
CLERK, U.S. DISTRICT COURT
September 29, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_TS\_\_\_\_ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
September 29, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_TS\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSE ANTONIO GOMEZ,<br><br>    Petitioner,<br><br>    v.<br><br>MARTIN BITER,<br><br>    Respondent. | No. CV 12-09681-FMO (DFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that this action is dismissed with prejudice.

Dated: September 29, 2014

_____/s/_____
FERNANDO M. OLGUIN
United States District Judge